**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-7813**

---

MICHAEL J. WILLIAMS,

                              Plaintiff - Appellant,

     versus

HARLEY G. LAPPIN; KIM WHITE; B. G. COMPTON;
JERRY JONES; OFFICER STRICKLAND; OFFICER
STORY; G. COOPER; OFFICER GIDDINS; OFFICER
MOLLICA; JESSICA JONES; OFFICER TORRES;
OFFICER BOURQUE; C/O FLANARY; OFFICER JOHNSON;
OFFICER ELDRIDGE; OFFICER MARQUES; HARRELL
WATTS,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-04-625-7)

---

Submitted:  March 28, 2005          Decided:  April 29, 2005

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael J. Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael J. Williams appeals the district court's order denying relief on his <u>Bivens</u>[*] complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Williams v. Lappin</u>, No. CA-04-625-7 (W.D. Va. filed Oct. 26, 2004; entered Oct. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).